UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **RACHEL M. ANGIS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No.   06-154-P-S |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| of Social Security, | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 13) filed on July 11, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is hereby **AFFIRMED** and the Plaintiff's Motion of Remand is hereby **DENIED**.

　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 1st day of August, 2007.